IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SHANNON GIBSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:17-cv-03255-MDH |
| GREENE COUNTY, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Separate Defendants Greene County, Missouri, Sheriff Jim Arnott, and Lt. "Mays" filed a Motion to Stay on September 19, 2017, (Doc. 10). The Court hereby GRANTS Defendants' Motion to Stay and ORDERS Plaintiff's attorney to provide the Court and Defendants' counsel of record a current and valid street address on or before September 26, 2017. It is further ORDERED that this case is stayed until a current and valid address for Plaintiff's attorney is provided to the Court and counsel of record. A copy of this Order shall also be mailed to Plaintiff's attorney at the address on record with this Court: 3025 E. Hawkins Street, Springfield, MO 65804.

**IT IS SO ORDERED.**

DATED:    September 20, 2017

                                                 */s/ Douglas Harpool*
                                               **DOUGLAS HARPOOL**
                                               **UNITED STATES DISTRICT JUDGE**